ACCEPTED
03-14-00722-CR
7287522
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/8/2015 11:28:40 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00722-CR; 03-14-00723-CR; 03-14-00724-CR

### IN THE

### COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

### AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/8/2015 11:28:40 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| MARK FRUGE | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

### APPEAL FROM THE 331ST JUDICIAL DISTRICT COURT

### TRAVIS COUNTY, TEXAS

### CAUSE NO. D1-DC-13-200256, D1-DC-13-200257, AND D1-DC-13-200259

### STATE'S SECOND MOTION FOR EXTENSION OF TIME

### TO THE HONORABLE COURT OF APPEALS:

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a)     Following his convictions for Aggravated Assault with a Deadly Weapon; Aggravated Assault Against a Public Servant; and Aggravated Robbery with a Deadly

1

Weapon, the appellant filed his notice of appeal in the above causes on November 3, 2014. Appellant's counsel filed a brief on August 10, 2015.

(c)     The State's brief is currently due on **October 9, 2015**.

(c)     This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **one**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1.  During the period since this brief was filed, the attorney assigned to this case has been working on other pressing appellate matters and has not had sufficient time to prepare an adequate response to this brief.

2.  This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **November 9, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ Matthew Foye*
Matthew Foye
Assistant District Attorney
State Bar No. 24043661
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4810
Matthew.Foye@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 244 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count.  I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ Matthew Foye*
Matthew Foye
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 8th day of October, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Ariel Payan, Attorney at Law, 1012 Rio Grande, Austin, Texas 78701, arielpayan@hotmail.com .

*/s/ Matthew Foye*
Matthew Foye
Assistant District Attorney